VILLANUEVA-VASQUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5372. TUCKER v. FREY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 05–5373. TOMONEY v. DiGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–5375. AGUIRRE CORTES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5376. DEVANE v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 05–5377. CARSWELL, ADMINISTRATRIX OF THE ESTATE OF CARSWELL, DECEASED v. BOROUGH OF HOMESTEAD, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–5378. CROCKETT v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 05–5379. GOMEZ-PINEDA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5380. HOANG v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5381. HUDSON v. SNOW, SECRETARY OF THE TREASURY. C. A. 11th Cir. Certiorari denied.

No. 05–5382. HENDRICKS v. DOVENMUEHLE MORTGAGE INC. ET AL. C. A. 2d Cir. Certiorari denied.

No. 05–5383. HIRALAL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–5384. FULLER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.